# ARMED SERVICES BOARD OF CONTRACT APPEALS

Appeal of -- )
)
Morrish Wallace Construction, Inc. d/b/a )
  Ryba Marine Construction Co. ) ASBCA No. 61627
)
Under Contract No. W912P4-14-D-0007 )

APPEARANCE FOR THE APPELLANT:     Mr. Zachary Morrish
    President

APPEARANCES FOR THE GOVERNMENT:     Michael P. Goodman, Esq.
    Engineer Chief Trial Attorney
    Kimberly A. Rowles, Esq.
    Engineer Trial Attorney
    U.S. Army Engineer District, Buffalo

## ORDER OF DISMISSAL

The Board docketed this appeal on May 15, 2018. By letter dated June 12, 2018, after the government filed a motion to dismiss, appellant filed a request to voluntarily dismiss this appeal without prejudice. The government does not object. Accordingly, this appeal is dismissed from the Board's docket without prejudice. *See TTF, L.L.C.,* ASBCA No. 58494, 13 BCA ¶ 35,343 at 173,464.

Dated: July 9, 2018

JOHN J. THRASHER
Administrative Judge
Chairman
Armed Services Board
of Contract Appeals

I certify that the foregoing is a true copy of the Order of Dismissal of the Armed Services Board of Contract Appeals in ASBCA No. 61627, Appeal of Morrish Wallace Construction, Inc. d/b/a Ryba Marine Construction Co., rendered in conformance with the Board's Charter.

Dated:

JEFFREY D. GARDIN
Recorder, Armed Services
Board of Contract Appeals

2